STROHEIM & ROMANN ET AL. *v.* UNITED STATES

**No. 6385.**—Invoices dated London, England, September 10, 1941, etc.
Certified September 10, 1941, etc.
Entered at New York, N. Y., October 14, 1941, etc.
Entry No. 719255, etc.

(Decided September 27, 1946)

*Strauss & Hedges* (*Hadley S. King* of counsel) for the plaintiffs.
*Paul P. Rao*, Assistant Attorney General, for the defendant.

KINCHELOE, Judge: The appeals for reappraisement listed in schedule A, hereto attached and made a part hereof, have been submitted for decision upon the following stipulation of counsel for the parties hereto:
(Stipulation omitted.)
On the agreed facts I find the export value, as that value is defined in section 402 (d) of the Tariff Act of 1930, to be the proper basis for the determination of the value of the merchandise here-involved, and that such values are the appraised values, less the additions made by the importers on entry because of advances by the appraiser in similar cases.
Judgment will be rendered accordingly.

ALBERT B. McCONNELL ET AL. *v.* UNITED STATES

**No. 6386.**—Invoices dated Glasgow, Scotland, August 27, 1941, etc.
Certified September 2, 1941, etc.
Entered at New York, N. Y., December 1, 1941, etc.
Entry No. 727382, etc.

(Decided September 27, 1946)

*Jordan & Klingaman* for the plaintiffs.
*Paul P. Rao*, Assistant Attorney General, for the defendant.

KINCHELOE, Judge: The appeals for reappraisement listed in schedule A, hereto attached and made a part hereof, have been submitted for decision upon the following stipulation of counsel for the parties hereto:
(Stipulation omitted.)
On the agreed facts I find the export value, as that value is defined in section 402 (d) of the Tariff Act of 1930, to be the proper basis for the determination of the value of the merchandise here involved, and that such values are the appraised values, less the additions made by the importers on entry because of advances by the appraiser in similar cases.
Judgment will be rendered accordingly.